# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| AISHA BEAN PIERRE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-04-4001 |
| | § | |
| DANIEL F. YOUNG INC., | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM AND ORDER

This case was filed in October 2004. Since that time, Plaintiff has taken no action in pursuit of her claims. In January 2005, this Court requested a status report. None was ever filed. On February 16, 2006, the Court held a status conference, at which Plaintiff's counsel of record, Mr. Uchechi Okechukwu Nwakanma, indicated that his signature had mistakenly been affixed to Plaintiff's Complaint and that he has never represented Plaintiff. Mr. Nwakanma assured the Court that he would attempt to locate Plaintiff and would report back to the Court on or before March 10, 2006.

When the March 10 deadline had come and gone without any word from Mr. Nwakanma, the Court scheduled a status conference for today, March 16, 2006, at 4:00 p.m. Mr. Nwakanma failed to appear at that conference, and inquiries addressed to his office revealed that his whereabouts were unknown and that no one at his firm had any knowledge of this case. Accordingly, Mr. Nwakanma is hereby **ORDERED** to appear in person, on the 23rd of March, 2006 at 10:30 a.m., to show cause for his actions and to explain why this Court should not levy sanctions against him.

2

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 17th day of March, 2006.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.**