# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| AISHA BEAN PIERRE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | **CIVIL** ACTION NO. **H-04-04001** |
| | § | |
| DANIEL F. YOUNG INC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

This case is DISMISSED FOR WANT OF PROSECUTION.

IT IS SO ORDERED.

SIGNED this 5th day of April, 2006.

_Keith P. Ellison_
Keith P. Ellison
United States District Judge

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**